No. D–1992.  IN RE DISBARMENT OF CHRISTY.  Perry Thomas Christy, of Plymouth, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1993.  IN RE DISBARMENT OF RICHARDSON.  Thomas Scott Richardson, Jr., of St. Louis, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1994.  IN RE DISBARMENT OF KRASNOVE.  Keith Martin Krasnove, of Coral Springs, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1995.  IN RE DISBARMENT OF STEVENSON.  John B. Stevenson, Jr., of Blanco, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–71 (O. T. 1997).  IN RE DOE.  Motion to unseal petition for writ of certiorari lodged under seal denied.

No. M–86 (O. T. 1997).  CARLIER v. RAY ET AL.;

No. M–1.  JACKSON v. GOLDEN STATE FOODS CORP.;

No. M–2.  REAVES v. MARION COUNTY, SOUTH CAROLINA, ET AL.;

No. M–4.  PHONOMETRICS, INC. v. SIEMENS INFORMATION SYSTEMS;

No. M–5.  SHIPPING FINANCIAL SERVICES v. DRAKOS ET AL.;

No. M–7.  WIEDEMER v. MARR, SUPERINTENDENT, ARKANSAS VALLEY CORRECTIONAL FACILITY, ET AL.;

No. M–10.  ARDOIN v. SAVOY ET AL.;

No. M–11.  GOLIS v. COMMISSIONER OF SOCIAL SECURITY;

No. M–12.  EVANS v. BAYTOWN POLICE DEPARTMENT ET AL.;

No. M–13.  FORE v. DENNY'S INC. ET AL.;

No. M–14.  SCHLESINGER v. SCHLESINGER;

No. M–15.  VILLAGE OF AIRMONT, NEW YORK, ET AL. v. LEBLANC-STERNBERG ET AL.;

No. M-16. KARIMI *v.* UNITED STATES; and

No. M-17. BARAN *v.* FEDERAL NATIONAL MORTGAGE ASSOCIATION. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M-3. LOE *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari under seal denied without prejudice to filing a redacted petition for writ of certiorari within 30 days.

No. M-8. BYRD *v.* CONNELLY ET AL.; and

No. M-9. SANKAR *v.* ELLIS ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time under this Court's Rule 14.5 denied.

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion of the River Master for fees and reimbursement of expenses granted, and the River Master is awarded a total of $4,054.58 for the period April 1 through June 30, 1998, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 524 U. S. 925.]

No. 126, Orig. KANSAS *v.* NEBRASKA ET AL.;

No. 97-1943. SUTTON ET AL. *v.* UNITED AIR LINES, INC. C. A. 10th Cir.;

No. 97-1992. MURPHY *v.* UNITED PARCEL SERVICE, INC. C. A. 10th Cir.;

No. 98-127. CAMPOS ET AL. *v.* TICKETMASTER CORP. C. A. 8th Cir.; and

No. 98-5070. SLEKIS *v.* THOMAS, COMMISSIONER, CONNECTICUT DEPARTMENT OF SOCIAL SERVICES. C. A. 2d Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 96-1793. CEDAR RAPIDS COMMUNITY SCHOOL DISTRICT *v.* GARRET F., A MINOR, BY HIS MOTHER AND NEXT FRIEND, CHARLENE F. C. A. 8th Cir. [Certiorari granted, 523 U. S. 1117.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97-1287. HUGHES AIRCRAFT CO. ET AL. *v.* JACOBSON ET AL. C. A. 9th Cir. [Certiorari granted, 523 U. S. 1093.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97-1536. ARIZONA DEPARTMENT OF REVENUE *v.* BLAZE CONSTRUCTION CO., INC. Ct. App. Ariz. [Certiorari granted,